ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/19

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHERRY FOSTER, *Individually and on Behalf of all Others Similarly Situated,*

   Plaintiff,

v.

SKECHERS U.S.A., INC.,

   Defendant.

Case No. 1:18-cv-10351-LLS

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that the above action is hereby dismissed as to all Defendant with prejudice and without attorneys' fees or costs to any party as against the other. The court shall retain jurisdiction only to enforce the parties' settlement agreement.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be filed with the United States District Court, Southern District of New York, without further notice:

SO STIPULATED:

Hach, Rose, Schirripa & Cheverie, LLP
*Attorneys for Plaintiff*
112 Madison Avenue, 10th Floor
New York, New York 10016

By: _____
    Frank Schirripa, Esq.

Dated: 6/21/19

O'MELVENY & MYERS LLP
*Attorneys for Defendant*
7 Times Square
New York, New York 10036

By: _____
    Hannah Y. Chanoine, Esq.

Dated: 6/21/19

SO ORDERED: _Louis L. Stanton_

DATE: 7/23/19